UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEILA JACQUE | * | CIVIL ACTION NO.: |
| | * | |
| Plaintiff, | * | JUDGE: |
| | * | |
| VERSUS | * | MAG. JUDGE: |
| | * | |
| HAWTHORNE RESIDENTIAL | * | **JURY TRIAL** |
| PARTNERS, LLC | * | |
| | * | |
| Defendant. | * | |
| | * | |

## PETITION FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Hawthorne Residential Partners, LLC (hereinafter, "Defendant"), who alleges and avers as follows:

1.

The above-entitled case was filed in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, where it is still pending, under Civil Docket Number 131693 "Div. D." The *Petition for Damages* was filed on or about **June 15, 2021**. *See*: **Exhibit A – Petition for Damages.** In the Petition, Plaintiff named Hawthorne Residential Partners, LLC, as the only party-Defendant. *See*: **Exhibit A – Petition for Damages, ¶ 1 (A).**

2.

This civil litigation arises from an alleged incident that occurred on June 18, 2020 at 2020 Veterans Boulevard in Gonzales, Louisiana, involving Plaintiff, Sheila Jacque. *See*: **Exhibit A**

1

– *Petition for Damages*, ¶¶ 2-4.

3.

Plaintiff alleges that she sustained personal injuries as a result of this incident. More specifically, she claims that she "suffered personal injuries including, but not limited to, injuries involving her left foot and ankle". *See*: **Exhibit A – Petition for Damages, ¶ 8.** Plaintiff also claims that she is entitled to past, present, and future: (a) physical pain and suffering; (b) mental anguish and emotional distress; (c) loss of enjoyment of life; (d) medical expenses; and, (e) any other damages. *See*: **Exhibit A – Petition for Damages, ¶ 9.**

## AMOUNT IN CONTROVERSY

4.

La. C.C.Pr. art. 893 specifically prohibits the pleading of the amount of monetary damages sought. In her *Petition for Damages,* Plaintiff did not set forth the specific amount of damages sought therein. She also failed to specify if the amount in controversy is above the amount necessary for federal jurisdiction. Defendant filed an Exception of Vagueness and Ambiguity of the Petition, and the hearing is scheduled for October 13, 2021. Defendant also provided Plaintiff with a proposed Stipulation regarding the Amount in Controversy, stipulating that the amount is less than $75,000, which Plaintiff has not signed.

5.

However, in her Petition for Damages, Plaintiff alleges that she sustained personal injuries as a result of this accident. However, Plaintiff did not include a statement regarding the amount in controversy for federal jurisdiction purposes. More specifically, she claims that she "suffered personal injuries including, but not limited to, injuries involving her left foot and

ankle". *See*: **Exhibit A – Petition for Damages, ¶ 8.** Plaintiff also claims that she is entitled to past, present, and future: (a) physical pain and suffering; (b) mental anguish and emotional distress; (c) loss of enjoyment of life; (d) medical expenses; and, (e) any other damages. *See*: **Exhibit A – Petition for Damages, ¶ 9.**

6.

After the filing of her Petition for Damages, **on August 24, 2021**, Plaintiff provided Defendant with a copy of one set of medical records. *See*: **Exhibit B – Medical Records.**

7.

According to the medical records, Plaintiff discussed a "total ankle replacement versus [an] ankle fusion" with her treating physician. She was prescribed physical therapy for her Achilles pain. It appears that she also underwent injections. Her doctor, Dr. Gina Cahill, decided to "address the ankle in the future if it is still an issue." *See*: **Exhibit B – Medical Records.**

8.

On September 22, 2021, counsel for Plaintiff advised that, although she has had no surgeries, they believe that "there is a recommendation for another surgery." *See*: **Exhibit C – Email.**

9.

No discovery has been performed at this time.

10.

In Louisiana, the amount in controversy for general damages in a case involving an ankle surgery exceeds the amount in controversy for federal jurisdiction. *Dennis v. The Finish Line, Inc.*, 1999-1413 (La. App. 1 Cir. 12/22/00), 781 So. 2d 12, 36, 2000 WL 1877796, writ denied

sub nom. *Dennis v. Finish Line, Inc*., 2001-0214 (La. 3/16/01), 787 So. 2d 319, 2001 WL 298018 ($75,000 for the ankle injury – screws were implanted) *Bell v. Ayio*, 97-0534 (La. App. 1 Cir. 11/13/98), 731 So. 2d 893, 902, 135 Ed. Law Rep. 1112, 1999 WL 98023, writ denied, 98-3115 (La. 2/5/99), 738 So. 2d 7, 1999 WL 58272 ($80,000 for ankle injury – screws were inserted; plaintiff had normal gait after surgery, no atrophy of the leg. Court of Appeal reduced the award of $150,000 to $80,000 after discussing a number of cases in the 1990s regarding similar surgeries); *McGinty v. Pesson*, 96-850 (La. App. 3 Cir. 12/11/96), 685 So. 2d 541, 545, 1996 WL 709736.

## TIME OF REMOVAL

11.

Plaintiff filed the *Petition for Damages* on or about **June 15, 2021** in the 23rd Judicial District Court for Ascension Parish. *See*: **Exhibit A – Petition for Damages.**

12.

Therefore, one (1) year *has not yet elapsed* since the filing of the *Petition for Damages*. Therefore, removal is appropriate.

13.

The Petition for Damages did not contain the amount in controversy.

14.

Plaintiff provided Defendant with medical records on **August 24, 2021** and then with an email regarding the apparent recommendation for surgery on **September 22, 2021**.

15.

Therefore, thirty (30) days *have not yet elapsed* since the *receipt of another paper, the*

*medical records,* **on August 24, and September 22, 2021**. Additionally, this Court issued General Order 2021-7 suspending the deadlines until September 25. Therefore, removal is appropriate.

## DIVERSITY OF CITIZENSHIP

16.

Plaintiff is domiciled and is a resident/citizen of the State of Louisiana. *See*: **Exhibit A – Introductory Paragraph.**

17.

Defendant, Hawthorne Residential Partners, LLC is a foreign limited liability company organized and with its principal place of business in North Carolina. All of the limited liability company's individual members are citizens of the state of North Carolina. *See*: **Exhibit A – Petition for Damages, ¶ 1(A); see Exhibit D – Secretary of State.** None of them are citizens of the state of Louisiana.

18.

Therefore, Defendant avers that this Honorable Court has original jurisdiction over the entitled and numbered cause pursuant to Article III of the United States Constitution and 28 U.S.C. §1332, in that Plaintiff is diverse from the properly named and served Defendant with the *Petition for Damages*.

19.

In accordance with 28 U.S.C. §1446(d), Defendant will provide appropriate Notice of this Removal to the Plaintiff and to the Clerk of Court for the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, by filing of this Notice and the Notice of Removal into

the record of the state court action, and to Plaintiff through her attorney(s) of record.

## JURY DEMAND

20.

Defendant is entitled to and requests a trial by jury on all issues herein.

WHEREFORE, Defendant, Hawthorne Residential Partners, LLC, prays that the suit entitled, "*Sheila Jacque vs. Hawthorne Residential Partners, LLC*" presently pending in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, and bearing Docket Number 131693 Div. D be removed to this, the United States District Court, Middle District of Louisiana, and for trial by Jury and all just and equitable relief as allowed by law.

Respectfully submitted,

*s/ Jean E. Lavidalie, Jr.*
GUY D. PERRIER, #20323, T.A.
JEAN E. LAVIDALIE, JR., #27547
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Tel: (504) 212-8820
Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
**Direct Dial: (504) 212-8822**
Email: jlavidalie@perrierlacoste.com
**Direct Dial: (504) 212-8823**
**Cell Phone: (504) 881-3857**
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEILA JACQUE | * | CIVIL ACTION NO.: |
| | * | |
| Plaintiff, | * | JUDGE: |
| | * | |
| VERSUS | * | MAG. JUDGE: |
| | * | |
| HAWTHORNE RESIDENTIAL PARTNERS, LLC | * | **JURY TRIAL** |
| | * | |
| Defendant. | * | |
| | * | |

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading is being forwarded to:

> Clerk of Court
> 23rd JDC – Ascension Parish
> 607 E. Worthey Street, 1st Floor
> Gonzales, LA 70737
>
> Sheila Jacque
> Through her attorney of record,
> Robert L. Campbell
> 955 McClung Street
> Baton Rouge, LA 70802

by depositing a copy of same in the United States Mail, postage pre-paid and properly addressed.

New Orleans, Louisiana, this 24th day of September, 2021.

*s/ Jean E. Lavidalie, Jr.*
_____
**JEAN E. LAVIDALIE, JR.**