# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Jason Mirmelstein
Chambliss, Bahner & Stophel, P.C.
605 Chestnut St Ste 1700
Chattanooga, TN 37450-0019

SOP Transmittal # **539763015**

Entity Served: HAWTHORNE RESIDENTIAL PARTNERS LLC  (Domestic State: NORTH CAROLINA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of LOUISIANA on this 21 day of June, 2021. The following is a summary of the document(s) received:

1. **Title of Action:** SHEILA JACQUE, Pltf. vs. HAWTHORNE RESIDENTIAL PARTNERS LLC., Dft. // To: HAWTHORNE RESIDENTIAL PARTNERS LLC

2. **Document(s) Served:**   Other: -

3. **Court of Jurisdiction/Case Number:** None Specified
   Case # 00131693D

4. **Amount Claimed, if any:**  N/A

5. **Method of Service:**

   _X_ Personally served by:     _X_ Process Server     ___ Law Enforcement     ___ Deputy Sheriff     ___ U. S Marshall
   ___ Delivered Via:     ___ Certified Mail     ___ Regular Mail     ___ Facsimile
   ___ Other (Explain):

6. **Date and Time of Receipt:**   06/21/2021 08:45:00 AM CST

7. **Appearance/Answer Date:**   None Specified

8. **Received From:**   None Specified

9. **Carrier Airbill #** 1ZY041160199578438

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

**Registered Agent:** NATIONAL REGISTERED AGENTS, INC     **CopiesTo:**

888-579-0286 - Telephone
225-292-9404 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Amy McLaren

ORIGINAL


RECEIVED JUN 22 2021 CHAMBLISS, BAHNER & STOPHEL, P.C.


EXHIBIT A

# CITATION

SHEILA JACQUE                                    23RD JUDICIAL DISTRICT COURT

VERSUS                                           PARISH OF ASCENSION

HAWTHORNE RESIDENTIAL PARTNERS LLC               STATE OF LOUISIANA

DOCKET NUMBER: 00131693D

SERVE: HAWTHORNE RESIDENTIAL PARTNERS LLC
       THRU AGENT NATIONAL REGISTERED AGENTS
       3867 PLAZA TOWER DR
       BATON ROUGE, LA. 70816

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney CAMPBELL, ROBERT L and was
issued by the Clerk of Court on the 16TH day of JUNE, 2021.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

****************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
****************************************************************************

**SHERIFF'S RETURN**

Received on the ____ day of _____, 20___ and on the ____ day
of _____, 20___ served the above named party as follows:
DATE SERVICE ATTEMPTED: _____   TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____   TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____   TIME SERVICE ATTEMPTED: _____ AM/PM
TYPE OF SERVICE:
____ PERSONAL _____
____ DOMICILIARY_____
     ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
____ MOVED (NEW ADDRESS) _____    ____ MOVED, ADDRESS UNKNOWN
____ NOT KNOWN AT THIS ADDRESS                    ____ UNABLE TO LOCATE
____ POST OFFICE HAS NO ADDRESS                   ____ DISTRICT ATTORNEY RECALLED
____ THIS ADDRESS NOT IN OUR PARISH               ____ NOT SERVED IN TIME FOR
____ HOLD-REQUEST OF _____          COURT DATE/PAST COURT
____ IN ARMED FORCES                              ____ HOSPITALIZED/DECEASED
____ RECEIVED TOO LATE FOR SERVICE
____ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

RETURNED: PARISH OF _____ this ____ day of _____, 20 ____.

SERVICE:  $ _____           BY: _____
MILEAGE:  $ _____                DEPUTY SHERIFF
TOTAL:    $ _____

EXHIBIT A
0016

| | |
|---|---|
| SHEILA JACQUE | DOCKET NO. 131693 DIV. "___" |
| VERSUS | 23RD JUDICIAL DISTRICT COURT |
| HAWTHORNE RESIDENTIAL PARTNERS, LLC | PARISH OF ASCENSION |
| | STATE OF LOUISIANA |

**DIVISION D**

RECEIVED AND FILED
BRIDGET HANNA
2021 JUN 15 A 11: 43
CLERK & RECORDER
ASCENSION PARISH, LA

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **SHEILA JACQUE**, a person of the full age of majority, domiciled in the Parish of St. James, State of Louisiana, who respectfully represents the following:

1.

Made Defendant herein is:

A. **HAWTHORNE RESIDENTIAL PARTNERS, LLC**, a foreign limited liability company authorized to do and doing business in the State of Louisiana, which can be served through its agent for service of process, National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

which is indebted unto Plaintiff for the following, to wit:

2.

On or about June 18, 2020, Plaintiff, **SHEILA JACQUE**, was a visitor of Legacy at 2020 Apartments, located at 2020 Veterans Boulevard, in Gonzales, Louisiana, within the jurisdictional territory of this court.

3.

Upon information and belief, Legacy at 2020 Apartments (hereinafter "the subject premises") is owned and operated by **HAWTHORNE RESIDENTIAL PARTNERS, LLC**.

4.

Upon information and belief, as **SHEILA JACQUE** was sweeping and mopping her daughter's apartment, located within the subject premises, her left heel fell into an improperly covered drainage hole, causing her to twist her ankle, resulting in bodily injuries, damages, and losses.

5.

Upon information and belief, the referenced incident was directly and proximately caused by the negligence and\or fault of Defendant, **HAWTHORNE RESIDENTIAL PARTNERS, LLC.**, through its agents, employees, or assigns, in the following non-exclusive particulars:

EXHIBIT A

A) Creating an unreasonable risk of harm;

B) Failing to do what it should have done and see what it should have seen in order to avoid accidents of this type;

C) Having actual or constructive notice of the dangerous condition of the subject premises and failing to take reasonable measures to remedy the condition;

D) Failing to ensure that residents and visitors were warned of a hazardous condition located on the premises, including, but not limited to, the drainage hole at issue herein; and

E) All other acts of negligence and\or fault which may be set forth at trial of this matter.

6.

At all times pertinent herein, **HAWTHORNE RESIDENTIAL PARTNERS, LLC**, had custody or control over the subject premises, the defective and/or dangerous condition of which was the proximate cause of the accident giving rise to this litigation.

7.

Based on the foregoing, **HAWTHORNE RESIDENTIAL PARTNERS, LLC**, is therefore liable unto Plaintiff, **SHEILA JACQUE**, for the injuries sustained by her in said accident, which are itemized and set out hereafter.

8.

As a direct and proximate result of the fault and\or negligence of the defendant, **HAWTHORNE RESIDENTIAL PARTNERS, LLC**, in causing the aforementioned accident, Petitioner, **SHEILA JACQUE**, suffered personal injuries including, but not limited to, injuries involving her left foot and ankle.

9.

As a direct and proximate result of the negligence of the defendant, **HAWTHORNE RESIDENTIAL PARTNERS, LLC.**, Petitioner, **SHEILA JACQUE**, suffered the following non-exclusive damages:

A) Pain and suffering (past, present, and future);

B) Mental anguish and emotional distress;

C) Loss of enjoyment of life;

D) Medical Expenses (past, present, and future); and

**EXHIBIT A**

E) Any and all other damages to be set forth at the time of trial of this matter.

WHEREFORE, Petitioner, **SHEILA JACQUE**, prays that the defendant, **HAWTHORNE RESIDENTIAL PARTNERS, LLC,** be served with a copy of this Petition for Damages and be cited to appear and answer the same, and that, after all legal delays and due proceedings are had, there be judgment rendered herein in favor of the plaintiff, **SHEILA JACQUE**, and against the defendant, **HAWTHORNE RESIDENTIAL PARTNERS, LLC,** for all damages reasonable under the premises, judicial interest from the date of judicial demand, all costs of these proceedings, and for all general and equitable relief as allowed by law.

**PETITIONER FURTHER PRAYS** for all necessary orders and decrees as may be necessary or required for full, general, and equitable relief.

Respectfully submitted,

**WILLIAMSON, FONTENOT, CAMPBELL & WHITTINGTON, LLC**

**ROBERT L. CAMPBELL**
Bar Roll No. 27986
955 McClung Street
Baton Rouge, LA 70802
P.O. Box 3035
Baton Rouge, LA 70821
225.383.4010
*Counsel for Plaintiff*

**PLEASE SERVE:**

**HAWTHORNE RESIDENTIAL PARTNERS, LLC**
*Through its agent for service of process:*
National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, LA 70816

A TRUE COPY
Deputy Clerk & Recorder
ASCENSION PARISH  6/16/21

EXHIBIT A

Envelope: UPS_LETTER_CENTER_WINDOW
Total Pages: 6
SafetySeal(101761)



RECEIVED
JUN 0 9 2021
CHAMBLISS, BAHNER & STOPHEL P.C.



RECEIVED
JUN 2 2 2021
CHAMBLISS, BAHNER & STOPHEL P.C.



TERRI THONGSAVAT
2149323601
CT - DALLAS SOP TEAM
1999 BRYAN STREET
DALLAS TX 75201

1.0 LBS LTR   1 OF 1

SHIP TO:
JASON MIRMELSTEIN
4237570225
CHAMBLISS, BAHNER & STOPHEL, P.C.
605 CHESTNUT ST STE 1700
CHATTANOOGA TN 37450

TN 374 9-05

UPS NEXT DAY AIR
TRACKING #: 1Z Y04 116 01 9957 8438

1

BILLING: P/P

Reference No.1: SOP/2401130/539763015/CT SOP Custo
XOL 21.05.18   NV15 25.0A 06/2021*

1749729
38
Origin: Wolters Kluwer UPS 562130

EXHIBIT A

**NRAI Packing Slip**

UPS Tracking # : 1ZY04116019957843B
Created By : Sachin Bhat
Created On : 06/21/2021 12:46 PM
Recipient :

**Jason Mirmelstein**

Title :  -
Customer : Chambliss, Bahner & Stophel, P.C.
Address : 605 Chestnut St Ste 1700
Email : JMIRMELSTEIN@CHAMBLISSLAW.COM
Phone : 423-757-0225    Fax : 423-508-1225

Package Type : Envelope
Items shipped : 1

| Log # | Case # | Entity Name |
|---|---|---|
| 539763015 | 00131693D | HAWTHORNE RESIDENTIAL PARTNERS LLC |



NATIONAL REGISTERED AGENTS, INC.
An NRAI Solutions Company

RECEIVED
JUN ~ ~ 2021
CHAMBLISS, BAHNER & STOPHEL P.C.

RECEIVED
JUN 22 2021
CHAMBLISS, BAHNER & STOPHEL P.C.

EXHIBIT A